UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:26-CR-00011-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANTHONY HILL | **ORDER TO SEAL** |

On motion of the Defendant, Michael Anthony Hill, and for good cause shown, it is hereby ORDERED that DE 26 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 18 day of November, 2026.

JAMES C. DEVER III
United States District Judge